# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| ANNA MAGEE, ET AL. | CASE NO. 3:20-CV-00418 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DICKS SPORTING GOODS, INC. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the request to remand [Doc. No. 11] filed by Plaintiffs Anna Magee and Andrew Magee is hereby GRANTED, and that the above-captioned cause is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed.  28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 15th day of September, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE